# EXHIBIT 5

# EXHIBIT 5

## GUARANTOR ESTOPPEL CERTIFICATE
## (WEC 98C-5 LLC)

Saks, Incorporated (formerly known as Proffitt's, Inc. a/k/a Proffitt's, Incorporated; the "Guarantor") does hereby certify to **WEC 98C-5 LLC** ("Landlord") and **WELLS FARGO BANK, N.A.** ("Mortgagee"), as of April 7, 2017, as follows:

1. To the best of Guarantor's knowledge, the Corporate Guaranty, dated as of August 5, 1998, issued by Proffitt's, Inc., predecessor-in-interest to Guarantor, a complete and accurate copy of which is attached hereto as Exhibit "A" and incorporated herein by this reference (the "Guaranty") has been duly authorized and executed by the Guarantor and is in full force and effect; there are no amendments, modifications or supplements of any kind to the Guaranty.

2. To the best of Guarantor's knowledge, Guarantor is not in default under any provision of the Guaranty.

3. Guarantor succeeded to the interest of "Guarantor" by the merger of Proffitt's, Inc. and Saks Holdings, Inc. on September 17, 1998 with Proffitt's, Inc. as the surviving entity, whose name was changed to "Saks Incorporated."

4. No actions, whether voluntary or involuntary, are pending against Guarantor under any bankruptcy, insolvency or similar laws of the United States or any state thereof.

5. The undersigned representative of the Guarantor is duly authorized and fully qualified to execute this instrument on behalf of the Guarantor.

6. This instrument does not constitute a waiver of any rights Guarantor may have under the Guaranty or Lease (as defined in the Guaranty).

7. This instrument is executed solely for the information of Landlord and Mortgagee and may not be relied upon either (a) by anyone other than Landlord or Mortgagee; or (b) in connection with any transaction other than that memorialized in the November 24, 2016 contract of sale between Landlord's sole member, Wilson CPS, LLC and Carson ML, LLC, or an assignee of the contract vendee's interest thereunder. Capitalized terms used in this instrument unless otherwise defined will have the meanings ascribed to such terms in the Guaranty.

[The remainder of this page is intentionally blank.]

Matteson, IL Estoppel dated April 7, 2017

IN WITNESS WHEREOF, the undersigned has caused this Certificate to be executed and delivered by its duly authorized officer as of the date written above.

SAKS INCORPORATED

By: _Mindy Novack_
Name: Mindy Novack
Title: VP of Real Estate Legal

Matteson, IL Estoppel dated April 7, 2017