# Exhibit D

ACTION ORDER            2018MR001624-80

| | | |
|---|---|---|
| STATE OF ILLINOIS | UNITED STATES OF AMERICA<br>IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT | COUNTY OF DU PAGE |

| | | |
|---|---|---|
| C R CENTER LP<br><br>PLAINTIFF<br><br>VS<br><br>SAKS INCORPORATED<br><br>DEFENDANT | 2018MR001624<br><br>CASE NUMBER | **FILED**<br>19 Mar 18    AM 10: 07<br>*Chris Kachiroubas*<br>CLERK OF THE<br>18TH JUDICIAL CIRCUIT<br>DUPAGE COUNTY, ILLINOIS |

### ACTION ORDER

This matter having come before the Court, the Court having jurisdiction and being fully advised in the premises:

**IT IS HEREBY ORDERED** as follows:

The case is continued to 04/15/2019 in 2005 at 09:00 AM for STATUS.
Description: Plaintiff's Amended Complaint

Defendant Saks Incorporated's Motion to Dismiss is granted without prejudice. Plaintiff C.R. Center shall have 14 days, on or before April 1, 2019, to file an amended pleading.

Submitted by: JEFFREY SANFORD
Attorney Firm: STEPTOE & JOHNSON LLP
DuPage Attorney Number: 215398      ☐ PRO SE
Attorney for: DEFENDANT
115 SOUTH LASALLE STREET, SUITE 3100
CHICAGO, IL, 60603
312-577-1300
Email: jsanford@steptoe.com

/s/ Paul Fullerton 2019
JUDGE PAUL FULLERTON
Validation ID : DP-03182019-1007-10943

Date: 03/18/2019